1020

[No. 29485-7-I.    Division One.    March 7, 1994.]

*In the Matter of the Marriage of* DIANE M. FANNING, *Appellant, and* KENNETH R. FANNING, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 88-3-09032-1, Lynn Pollock, J. Pro Tem., entered October 1, 1991. *Remanded with instructions* by unpublished opinion per Webster, C.J., concurred in by Baker, J., and Forrest, J. Pro Tem.

[No. 32648-1-I.    Division One.    March 7, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. KENNETH A. RUBINO, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 92-8-03935-6, Anthony P. Wartnik, J., entered February 10, 1993. *Remanded with instructions* by unpublished per curiam opinion.

[No. 29851-8-I.    Division One.    March 7, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. LAWRENCE HALL, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 90-8-03518-4, Bobbe J. Bridge, J., entered November 22, 1991. *Dismissed* by unpublished per curiam opinion.

[No. 31241-3-I.    Division One.    March 7, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. SHAVAHN RIALS, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 92-8-01057-9, Peter K. Steere, J., entered July 14, 1992. *Dismissed* by unpublished per curiam opinion.